DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

18 DECEMBER 2014

| 317P13-2 | State v. Robert Gene Bailey | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-985) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 318P14 | Ron D. Meyer v. Race City Classics, LLC | Def's PDR Under N.C.G.S. § 7A-31 (COA13-1371) | Denied |
| 320P14 | GRE Properties Thomasville, LLC v. Libertywood Nursing Center, Inc. | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-1180) | 1. Denied |
| | | 2. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 321P14 | State v. Derrick Jervon Lindsay El Bey | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Stanly County | Dismissed |
| 326A14 | State v. Quinton O'Brian Surratt | 1. Def's NOA Based Upon a Constitutional Question (COA 13-1413) | 1. — |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |
| 327P14 | State v. Robert Alfonzo Clapp | Def's PDR Under N.C.G.S. § 7A-31 (COA13-785) | Denied |
| 328P14-2 | State v. Ramiro Saucedo-Solis | Def's *Pro Se* Motion to Appeal | Dismissed |
| 329P14 | State v. Dwayne Demont Haizlip | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA13-1286) | 1. Denied |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Order of COA (COA13-1286) | 2. Denied |
| 331P14 | Bonaventure Okafor and Uzomaka Okafor v. Donatus Okafor, Nordica L. Jeffers, Rudolph P. Jeffers, Jr., Embrace Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-1441) | Denied<br><br><br>**Hunter, J., recused** |